MINUTE ENTRY
KNOWLES, M.J.
AUGUST 1, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LENDWOOD McKNIGHT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-5562** |
| **VELOCITY EQUIPMENT SOLUTIONS, LLC, et al** | **SECTION "J" (3)** |

Following discussions among the parties, the above-captioned case has settled. The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

*[signature: Daniel E. Knowles, III]*

DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE

MJSTAR(00:25)